UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LIU YU,

                              Plaintiff,


                -against-                                    10 Civ. 5039 (LAK)


JMACK ENERGY LLC, et ano.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

Lewis A. Kaplan, *District Judge.*

      For substantially the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman, to which no objections have been filed, plaintiff shall have judgment against the defendants, jointly and severally, in the principal sum of $155,771.51 together with prejudgment interest in the amount of $29.59 per day from August 3, 2011 to the date of the judgment.

      SO ORDERED.

Dated:        October 4, 2011


                                                Lewis A. Kaplan
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 10/4/11